# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **15-PO-5011-JTJ** |
| **Plaintiff,** | **VIOLATION:** **4615636** |
| **vs.** | **Location Code: M12** |
| **TRAVIS LUKE PHILLIPPI,** | **ORDER** |
| **Defendant.** | |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant shall pay a fine amount of $235 and a $30 processing fee for VN 4615636. The fine will be paid in full on or before November 16, 2017. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the warrant is QUASHED.

DATED this 17th day of October, 2017.

John Johnston
United States Magistrate Judge